## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UTALOV SHAKHZOD,

Petitioner,

v.

MICHAEL T. ROSE; *et al.*,

Respondents.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

NO. 3:26-CV-305

## ORDER

Petitioner Utalov Shakhzod filed this habeas petition challenging his "unlawful immigration detention," seeking release from detention. ECF 4 at 2, 8. Since the filing of Mr. Shakhzod's petition, a final order of removal was issued in his immigration case. ECF 8; ECF 8-1. Mr. Shakhzod's removal date became final on March 19, 2026, and his detention is mandatory for the first 90 days of his removal period under 8 U.S.C. § 1231(a). *See* ECF 8; ECF 8-1. Mr. Shakhzod's current detention is authorized, and because it is not unlawful, the Court denies his petition for habeas relief.

It is so ordered that Mr. Shakhzod's petition for a writ of habeas corpus is HEREBY DENIED, without prejudice. The Clerk of this Court shall mark this case as CLOSED. [1]

---

[1] Mr. Shakhzod's detention may become unlawful as a matter of due process if unnecessarily prolonged, *see generally Zadvydas v. Davis*, 533 U.S. 678 (2001), but that is not the case before the Court. The Court's order denying the petition here is without prejudice; it does not preclude Mr. Shakhzod from filing a motion to re-open the case and amend his habeas petition if he believes later on that his detention violates due process.

- 1 -

- 2 -

DATED this 24th day of March, 2026.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge

cc:
Utalov Shakhzod
A241027206
Moshannon Valley Processing Center
555 Geo Drive
Philipsburg, PA 16866

- 2 -